# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WARREN COBURN, on behalf of himself
and those similarly situated,

**Plaintiffs,**

-vs-                                                    Case No.  6:08-cv-1627-Orl-28DAB

ED'S SPAS, SOLAR & POOLS, INC.,
EDWARD IANNARELLI,

**Defendants.**

---

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 19) filed February 5, 2009.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed March 13, 2009 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion to Approve Settlement (Doc. No. 19) is **GRANTED** to the extent that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.  No part of the Plaintiff's recovery may be re-allocated to augment the fee award.

3.     This case is dismissed with prejudice.

4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3___ day of April, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party